UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

NETTIE NELL RICHMOND                                        PLAINTIFF

V.                                               CIVIL ACTION NO. 3:09CV329HTW/LRA

RMK ADVANTAGE INCOME FUND, INC.,
MORGAN ASSET MANAGEMENT, INC., AND
MORGAN KEEGAN & COMPANY, INC.                         DEFENDANTS

NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), and (B), the plaintiff voluntarily dismisses this action without prejudice by filing this notice of dismissal before the opposing parties have served an answer or a motion for summary judgment.

This the 13th day of July, 2009.

                                                           Respectfully submitted,

                                                           /s/ Lee Bowie
                                                           Lee Bowie (Miss. Bar # 8654)
                                                           Counsel for the plaintiff

Davidson Bowie, PLLC
2506 Lakeland Drive, Suite 501
Jackson, Mississippi 39208
(601) 932-0028
(601) 932-0115 (f)
lbowie@dbslawfirm.net

**Certificate of Service**

The following are those who are currently on the list to receive service by e-mail in this case.

Scott S. Brown/Melinda L. Peevy, Maynard Cooper & Gale, PC